UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

---

CHRISTOPHER HILDERBRANT,

                                                 Plaintiff,

- against -

THE CITY OF ROCHESTER, ANDREW
DELDUCA, BING REAVES, ANTHONY
MAZURKIEWICZ, MICHAEL DIPAOLA, "JOHN
DOE POLICE OFFICERS 1-200" (names and number
of whom are unknown at present), TODD BAXTER,
"RICHARD ROE SHERRIFF'S DEPUTIES 1-200"
(names and number of whom are unknown at present),
and other unidentified members of the Rochester Police
Department and Monroe County Sheriff's Office,

                                                 Defendants.

---

**NOTICE OF MOTION TO
PARTIALLY DISMISS THE
AMENDED COMPLAINT**

Case no: 6:21-cv-06714

        Defendants City of Rochester, Andrew Delduca, Bing Reaves, Anthony Mazurkiewicz, and

Michael DiPaola (collectively "City Defendants") move this Court pursuant to FED. R. CIV. P.

12(b)(6) to dismiss for failure to state a claim for relief—or alternatively for summary judgment on—

the first, seventh, eighth, eleventh, twelfth, and thirteenth causes of action in the Amended Complaint

of the above-entitled action.

        In support of this motion the Court is referred to the Declaration of Peachie L. Jones, Esq.,

with exhibits attached, and the Memorandum of Law, all submitted herewith and made part of this

motion. City Defendants reserve the right to file a reply memorandum of law within fourteen days of

Plaintiff's filing any opposition to this motion.

Date: January 18, 2022

                                                 LINDA KINGSLEY
                                                 CORPORATION COUNSEL

                                                 By: _Peachie L Jones_
                                                 Peachie L. Jones, Esq., Of Counsel
                                                 30 Church Street, Room 400A
                                                 Rochester, NY 14614
                                                 (585) 428-7992 | Peachie.Jones@CityofRochester.gov
                                                 *Attorneys for City Defendants*

To the following via electronic filing:

Elliot Dolby Shields, *Co-counsel for Plaintiff*
ROTH AND ROTH LLP
192 Lexington Avenue, Suite 802
New York, NY 10016
(212) 425-1020 | eshields@rothandrothlaw.com

Donald Thompson, *Co-counsel for Plaintiff*
EASTON THOMPSON KASPEREK SHRIFFIN
16 West Main Street, Suite 243
Rochester, NY 14614
(585) 423-8290 | dmthompson@etksdefense.com

Maria E. Rodi, *Attorney for Defendant Todd Baxter*
MONROE COUNTY LAW DEPARTMENT
307 County Office Building
39 West Main Street
Rochester, NY 14614
(585) 753-1495 | MariaRodi@MonroeCounty.gov